# Court of Appeals
# of the State of Georgia

ATLANTA, __July 01, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1998.  MOSES S. JENKINS v. ARROW FINANCIAL SERVICES, LLC.**

On October 9, 2009, the trial court entered default judgment against Moses S. Jenkins in the amount of $3,283.39, plus $581.30 in interest and $112.50 in court costs.  On March 8, 2010, Jenkins filed a notice of appeal to this Court.  We lack jurisdiction for two reasons.

First, the discretionary appeal procedure is required where – as here – a money judgment in an action for damages totals $10,000.00 or less.  See OCGA § 5-6-35 (a) (6); *Hill v. Rose Electric Co*., 220 Ga. App. 603 (469 SE2d 844) (1996).  Second, Jenkins's notice of appeal was untimely, as it was filed five months after entry of the default judgment.  See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days of entry of the challenged decision).

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, __07/01/2013__
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.


_____, Clerk.